1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,              Case Nos.:  5:16-po-00076-JLT-1

13            Plaintiff,

14                                          MOTION AND [PROPOSED] ORDER FOR
                                            DISMISSAL OF CASES AND RECALL OF
15  MARIO PACHECO-OLIVARES                  WARRANTS AND/OR ABSTRACTS

16

17

18

19

20      The United States of America, by and through Phillip A. Talbert, United States Attorney, and

21  Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to:  1) Dismiss the cases listed in

22  Attachment "A" (attached hereto and incorporated herein by reference) in the interest of justice,

23  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and 2) Recall any and all warrants

24  and/or abstracts associated with the cases listed in Attachment "A."

25  / / /

26  / / /

27  / / /

28  / / /

                                          1

1  The United States believes that prosecution of the citations is no longer advisable or practicable
2  due to lapse of time or insufficiency of evidence.

3

4  DATED: December 31, 2024                    Respectfully submitted,

5                                              PHILLIP A. TALBERT
                                                United States Attorney
6
                                       By:     /s/ *Jeffrey A. Spivak*
7                                               JEFFREY A. SPIVAK
                                                Assistant United States Attorney
8

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that the cases attached hereto in Attachment "A" are DISMISSED and that any outstanding warrants and/or abstracts are RECALLED.

DATED: January 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE

ATTACHMENT "A"

[Cases to be Dismissed and Warrants Recalled]

|  | **ECF Case Number** | **Defendant Name** | **Violation** |
|---|---|---|---|
| 1 | 5:16-po-00060-JLT | LINDSTORM, FAITH A | 4733016 |
| 2 | 5:16-po-00076-JLT | PACHECO-OLIVARES, MARIO | F3878986 |
| 3 | 5:16-po-00213-JLT | MAGOMEDGADZHIEV, RUSLAN | F4555826 |
| 4 | 5:16-po-00299-JLT | QUICK, DANIEL | F4860527 |
| 5 | 5:16-po-00312-JLT | DELAROSA-PONCE, LUIS ROMAN | FAXG005D |
| 6 | 5:16-po-00332-JLT | TAPIA, DARNELL AYALA | FBBP0036 |
| 7 | 5:16-po-00338-JLT | ARVIZU, STEVEN F | F4845629 |
| 8 | 5:16-po-00355-JLT | MENDOZA-SERMENO, JUAN | F4884796 |
| 9 | 5:16-po-00360-JLT | TORRES, ALECIA MARIE | F4884789 |
| 10 | 5:17-po-00006-JLT | PARKER, CHRISTOPHER | F4852351 |
| 11 | 5:17-po-00106-JLT | LABRADO, BRANDON J | FBBP003N |
| 12 | 5:17-po-00137-JLT | CRAIG, JORDAN | 6459702 |
| 13 | 5:17-po-00166-JLT | GILMORE, BREANNA | 7056880 |
| 14 | 5:17-po-00258-JLT | LAPADAT, ION | 6552335 |
| 15 | 5:17-po-00387-JLT | HULL, MELISSA | 6459866 6459867 |
| 16 | 5:17-po-00505-JLT | MARTINSON, NICOLE RENEE | F4852266 |
| 17 | 5:17-po-00507-JLT | ROMERO, DIEGO | F4851695 |
| 18 | 5:17-po-00507-JLT | ROMERO, DIEGO | F4851694 |
| 19 | 5:17-po-00507-JLT | ROMERO, DIEGO | F4851693 |
| 20 | 5:17-po-00507-JLT | ROMERO, DIEGO | F4851692 |
| 21 | 5:17-po-00508-JLT | SENRA, GUILLERMO E | F4851852 |
| 22 | 5:17-po-00510-JLT | WILLIAMS, JOSHUA | F4851690 |
| 23 | 5:17-po-00581-JLT | KUIPERS, THOMAS ANDREW | F4859179 |
| 24 | 5:18-po-00013-JLT | DELEON, SELVIN | F4857650 |
| 25 | 5:18-po-00022-JLT | RAMIREZ, PEDRO | F4861404 |
| 26 | 5:18-po-00039-JLT | JEFFREYS, STEVEN | F4852630 |
| 27 | 5:18-po-00040-JLT | LUCIO-PATINO JR, DEONICIO | 7054608 |
| 28 | 5:18-po-00041-JLT | SUBACH, DEMITRY | F4852627 |
| 29 | 5:18-po-00042-JLT | MONTES JR, FRED J | F4852629 |
| 30 | 5:18-po-00042-JLT | MONTES JR, FRED J | F4852628 |
| 31 | 5:18-po-00044-JLT | COLBURN, DELORES | 7054605 |
| 32 | 5:18-po-00045-JLT | GILSDORF, JESSE | 7054606 |
| 33 | 5:18-po-00052-JLT | TORRES-VEGA, XIOMARA LIZETTE | F4852634 |
| 34 | 5:18-po-00109-JLT | ORTIZ, JOSHUA D | F4860506 |
| 35 | 5:18-po-00128-JLT | FLEWELLING, DIONNE | F4852635 |
| 36 | 5:18-po-00145-JLT | GOODWIN, SHANNON | F4852641 |
| 37 | 5:18-po-00257-JLT | CARPENTER, BILLY J | F4852686 |

| | | | |
|---|---|---|---|
| 38 | 5:18-po-00260-JLT | DELGADO, BRENDA M | F4852364 |
| 39 | 5:18-po-00260-JLT | DELGADO, BRENDA M | F4852363 |
| 40 | 5:18-po-00262-JLT | MCCLEARY, TIMOTHY S | 6999620 |
| 41 | 5:18-po-00263-JLT | MELENDEZ, ARTURO | F4852689 |
| 42 | 5:18-po-00266-JLT | TEMPLETON, JOHN J | F4852009 |
| 43 | 5:18-po-00273-JLT | CAPERALE, MARK | F4861413 |
| 44 | 5:18-po-00274-JLT | DICKERSON, RAYMOND | F4859133 |
| 45 | 5:18-po-00274-JLT | DICKERSON, RAYMOND | F4859132 |
| 46 | 5:18-po-00288-JLT | ROSE, BRANDON CLARK | 7570913 |
| 47 | 5:18-po-00295-JLT | VARLI, ENES | 7570910 |
| 48 | 5:18-po-00296-JLT | WARD, MICHAEL A | F4861409 |
| 49 | 5:18-po-00299-JLT | ABERT, THERESA M | FBBP0041<br>FBBP004H<br>FBBP004G<br>FBBP004F |
| 50 | 5:18-po-00302-JLT | CARPENTER, BILLY J | F4851871<br>F4851870 |
| 51 | 5:18-po-00313-JLT | MOBERLY, THOMAS | F4852691 |
| 52 | 5:18-po-00323-JLT | REED, TABATHA J | F4852675 |
| 53 | 5:18-po-00328-JLT | SCOTT, ERICK | F4852693 |
| 54 | 5:18-po-00332-JLT | WILLIAMS, JASON | F4851869 |
| 55 | 5:18-po-00340-JLT | DYKE, MIKLOS | FBBP004T |
| 56 | 5:18-po-00343-JLT | KHAN, ADNAN | F4852734 |
| 57 | 5:18-po-00347-JLT | LEE, SPRING | F4852728 |
| 58 | 5:18-po-00351-JLT | NELSON, RICK J | FBBP004P |
| 59 | 5:18-po-00426-JLT | COLE, JONATHAN B | F5378682 |
| 60 | 5:18-po-00461-JLT | WELLS, GRETCHEN S | 6459915 |
| 61 | 5:18-po-00465-JLT | SALISBURY, CHARLES A | FBBP004V |
| 62 | 5:19-po-00007-JLT | ANZALDO, ABEL M | F5463383 |
| 63 | 5:19-po-00031-JLT | JAMES, LARRY G | FBBP0053 |
| 64 | 5:19-po-00035-JLT | VENTURAROJAS, MAURICIO | F5208057 |
| 65 | 5:19-po-00078-JLT | VANHOUTIN, JENNIFER | 7528392 |
| 66 | 5:19-po-00078-JLT | VANHOUTIN, JENNIFER | 7528391 |
| 67 | 5:19-po-00116-JLT | FAGAN, ADELAINE | 7570653 |
| 68 | 5:19-po-00163-JLT | MARQUEZ, RICK A | F5195551 |
| 69 | 5:19-po-00297-JLT | IRWIN, KILEY R | F4849453 |
| 70 | 5:19-po-00320-JLT | BECK, BRIAN | 9379336 |
| 71 | 5:19-po-00323-JLT | RODRIGUEZ, BRIDGET C | F5323324<br>F5323325<br>F5323251 |
| 72 | 5:19-po-00336-JLT | SANCHEZTOLENTINO, AMADO T | F5195504 |
| 73 | 5:19-po-00342-JLT | HOFFMAN, JOSHUA M | FBHV0005 |
| 74 | 5:18-po-00448-JLT | PARSONS, DENNIS | F4860594 |

| 75 | 5:20-po-00050-JLT | KIRSCHENMANN, COLBY J | 7570898 |
| 76 | 5:20-po-00128-JLT | WINTON, AMY LYNN | FBBP005L |
| 77 | 5:20-po-00131-JLT | ALMUDARRIS, JAMES K | FBBP005Y |
| 78 | 5:20-po-00138-JLT | EBRON, LEONARD KIRK | FBBP005T |
| 79 | 5:20-po-00143-JLT | INGLE, JARED | 9379203 |
| 80 | 5:20-po-00149-JLT | WHITE, JASON LEE | F5207914 |
|  |  |  |  |